**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NILES P. BALTIMORE, | ) | Case No. ED CV 17-1039-AS |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 23, 2018.

/s/<br>
ALKA SAGAR<br>
UNITED STATES MAGISTRATE JUDGE